ment". The medical proof established that the stab wound to the victim's lower left chest wall penetrated about three quarters of an inch. Exploratory surgery was conducted and although the victim did not suffer any internal injuries, this fortuitous happenstance does not negate the fact that the knife was nevertheless "readily capable of causing death or other serious physical injury" (Penal Law § 10.00 [13]). (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—assault, second degree.) Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAVINA GARRETT, Appellant, v FREDERICK NETZEL, as Superintendent of Erie County Correctional Facility, et al., Respondents.—

Present—Callahan, J. P., Boomer, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY A. SIGL, Appellant.—